IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

___

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 1:17-10091-STA |
| ) | |
| NATHAN ADAMS, ) | |
| ) | |
| Defendant. ) | |

___

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

___

This cause came to be heard on August 14, 2018, Assistant United States Attorney, Kasey Weiland and Deb Ireland, appearing for the Government and the defendant, Nathan Adams, appearing in person, and with counsel, LaRonda Martin and Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1s of the Superseding Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, NOVEMBER 20, 2018 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 14th day of August, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT